# Exhibit B

FILED

SEP -3 2021

Joseph P. Quinn, P.J.Ch.

Ronald L. Israel, Esq. (Bar No. #040231996)
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ 07052
Phone: (973) 325-1500
Fax: (973) 325-1501
risrael@csglaw.com
*Counsel for Co-Executor*
*Harriet Derman*

-and-

Jeffrey J. Wild, Esq. (Bar No. 037991984)
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
973.597.2554 (phone)
973.597.2555 (fax)
jwild@lowenstein.com
*Counsel for Co-Executor*
*Michael J. Lerner*

**SUPERIOR COURT OF NEW JERSEY**
**CHANCERY DIVISION: MONMOUTH COUNTY**
**PROBATE PART**
**SURROGATE'S COURT NO. 252593**
**SUPERIOR COURT DOCKET NO. MON-P-** 159-21

| | |
|---|---|
| In The Matter of the Estate of<br><br>**JOSEPH J. KRIVULKA,**<br><br><br>Deceased. | **ORDER GRANTING EXECUTORS INSTRUCTIONS, REMOVING EXECUTOR, AND GRANTING OTHER RELIEF** |

This matter having been opened to the Court by Chiesa Shahinian & Giantomasi PC (Ronald L. Israel, appearing), counsel for Harriet Derman, and Lowenstein Sandler LLP (Jeffrey J. Wild, appearing), counsel for Michael J. Lerner, two of the three executors (the "Moving Executors") of the above-referenced estate (the "Estate"), by way of summary proceeding pursuant to *R.* 4:83-1 upon the facts set forth in the Verified Complaint dated April

1

30, 2021, on notice to Angela L. Krivulka ("Ms. Krivulka"), through her co-counsel Rivkin Radler LLP (Jenna Z. Gabay, Esq., of counsel) and Amini LLC (Lita Beth Wright, appearing); to beneficiaries Hannah and Preston Krivulka, through their counsel Winegar, Wilhelm, Glynn & Roemersma, P.C. (Scott M. Wilhelm, appearing); and to beneficiary Erin P. Krivulka, through her counsel The Law Office of Philip B. Vinick (Philip B. Vinick, appearing); for entry of an Order granting instructions to the Movant Executors pursuant to *R*. 4:95-2, removing Ms. Krivulka as executor, and other relief, and based on the papers and arguments submitted by the parties, and for good cause shown;

**IT IS** on this __3__ day of __SEPT__, 2021, **ORDERED** as follows:

1. The Movant Executors are not required to make any interim distribution from the Estate, but they have the authority to do so in the future in their sole discretion if they deem interim distributions to be prudent.

2. Angela L. Krivulka is hereby removed as an executor of the Estate, without prejudice to her rights as a beneficiary of the Estate, and Ms. Krivulka shall comply with the requirements of *N.J.S.A.* 3B:14-5.

3. All other issues in the Movant Executors' Verified Complaint raise factual issues that cannot be resolved summarily, and so these matters shall be resolved in the ordinary course of this action. Counsel for the parties shall confer and seek to submit a proposed form of Case Management Order for the resolution of these remaining issues.

4. Counsel for the Movant Executors shall serve a conformed copy of this Order on all counsel of record within five business days of receipt.

REASONS ON RECORD at ORAL ARG ON 9/3/21.

_/s/ Joseph P. Quinn_
Hon. Joseph J. Quinn, P.J.Ch.